# Order

**Michigan Supreme Court**
**Lansing, Michigan**

November 29, 2005

128635

ALLSTATE INSURANCE COMPANY,
      Plaintiff-Appellee,

v

CHARLES BATCH,
      Defendant-Appellant,

and

LISA HARDEN,
      Defendant.

_____/

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

SC: 128635
COA: 251340
Oakland CC: 2002-044739-CZ

On order of the Court, the application for leave to appeal the February 15, 2005 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

November 29, 2005

_____
Clerk

p1121